NOTE:  Pursuant to Fed. Cir. R. 47.6, this disposition
is not citable as precedent.  It is a public record.

# United States Court of Appeals for the Federal Circuit

04-1303, -1316

PURITAN-BENNETT CORP. and MALLINCKRODT INC.,

Plaintiffs-Appellants,

v.

PENOX TECHNOLOGIES, INC. and ESSEX INDUSTRIES, INC.,

Defendants-Cross Appellants.

———————————————

DECIDED:  February 17, 2005

———————————————

Before RADER, Circuit Judge, PLAGER, Senior Circuit Judge, and PROST, Circuit Judge.

PLAGER, Senior Circuit Judge.

The judgment of the United States District Court for the Southern District of Indiana is affirmed on the basis of the thorough opinion of the trial court.  See Puritan-Bennett Corp. v. Penox Techs., Inc., No. IP 02-0762-C-M/S (S. D. Ind. Mar. 2, 2004).